UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO

| | |
|---|---|
| HECTOR CASILLAS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AURORA LOAN SERVICES LLC, HOMECOMINGS FINANCIAL, STEPHANIE RUIZ dba FAMILY LENDING CENTER, MILA dba MORTGAGE INVESTMENT LENDING ASSOCIATES,<br><br>　　　　Defendants. | 1:09-cv-01595-OWW-DLB<br><br>**ORDER OF DISMISSAL**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)]<br><br>Complaint Filed: September 4, 2009<br>Trial Date: None |

　　　Before the Court is a stipulation for dismissal of the action between plaintiff Hector Casillas and defendant Aurora Loan Services LLC pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court notes this stipulation does not serve to dismiss plaintiff's action against the other parties in this matter.

　　　Based on the stipulation, the Court orders this case dismissed as against Aurora, with prejudice.

Dated:  December 2, 2009

　　　　　　　　　　　　　　_/s/ OLIVER W. WANGER____
　　　　　　　　　　　　　　Honorable Oliver W. Wanger
　　　　　　　　　　　　　　United States District Court Judge

{DN011970;1}

1

PDF created with pdfFactory trial version www.pdffactory.com