Karen L. Lynch, No. 161088
A Professional Law Corporation
1204 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 478-4370
Facsimile: (559) 478-5073

Sara Hedgpeth-Harris, No. 124114
1204 W. Shaw Ave, Suite 102
Fresno California 93711
559/283-8780
559/478-5073 (fax)

**Attorneys for Plaintiff HECTOR CASILLAS**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO

| | |
|---|---|
| HECTOR CASILLAS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AURORA LOAN SERVICES LLC, HOMECOMINGS FINANCIAL, STEPHANIE RUIZ dba FAMILY LENDING CENTER, MILA dba MORTGAGE INVESTMENT LENDING ASSOCIATES,<br><br>　　　　　Defendants. | Case No. 1:09-cv-01595-OWW-DLB<br>(Assigned to the Hon. Oliver W. Wanger)<br><br>**ORDER CONTINUING INITIAL SCHEDULING CONFERENCE**<br><br>Complaint Filed: September 4, 2009<br>Trial Date: None |

Before the Court is a request by plaintiff Hector Casillas's counsel to continue the Initial Scheduling Conference currently set for March 3, 2010 for April 9, 2010 to allow counsel additional time to serve the Complaint and Summons.

　　　Based on this request, the Court orders that case be continued to April 9, 2010 at 8:15 AM.


Dated: 3/1/2010　　　　　　　　　　　　　　　　　　/s/ OLIVER W. WANGER
　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

Order Continuing Initial Scheduling Conference
1