Karen L. Lynch, No. 161088
A Professional Law Corporation
1204 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 478-4370
Facsimile: (559) 478-5073

Sara Hedgpeth-Harris, No. 124114
1204 W. Shaw Ave, Suite 102
Fresno California  93711
Telephone: (559) 283-8780
Facsimile: (559) 478-5073

Attorneys for Plaintiff HECTOR CASILLAS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HECTOR CASILLAS,<br><br>    Plaintiff,<br><br>v.<br><br>AURORA LOAN SERVICES LLC, HOMECOMINGS FINANCIAL, STEPHANIE RUIZ dba FAMILY LENDING CENTER, MILA dba MORTGAGE INVESTMENT LENDING ASSOCIATES,<br><br>    Defendants. | Case No.: 1:09-cv-01595-OWW-DLB<br><br>HON: OLIVER W. WANGER<br><br>**NOTICE OF DISMISSAL BY PLAINTIFF AND ORDER**<br>**Rule 41 (a)(1) F.R.Civ.P.** |

NOTICE IS HEREBY GIVEN that Defendant HOMECOMINGS FINANCIAL is hereby dismissed by the plaintiff, pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure.

///

///

///

Dated:  May 18, 2010 /s/ Karen L. Lynch
Plaintiff/ Attorney for Plaintiff

IT IS SO ORDERED.

Dated:   **May 19, 2010**              **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE