Karen L. Lynch, No. 161088
A Professional Law Corporation
1204 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 478-4370
Facsimile: (559) 478-5073

Sara Hedgpeth-Harris, No. 124114
1204 W. Shaw Ave, Suite 102
Fresno California  93711
559/283-8780
559/478-5073 (fax)

Attorneys for Plaintiff HECTOR CASILLAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO

| | |
|---|---|
| HECTOR CASILLAS,<br><br>      Plaintiff,<br><br>v.<br><br>AURORA LOAN SERVICES LLC, HOMECOMING FINANCIAL , STEPHANIE RUIZ dba FAMILY LENDING CENTER, MILA dba MORTGAGE INVESTMENT LENDING ASSOCIATES<br><br>      Defendants. | Case No. 1:09-cv-01595-OWW-DLB<br><br>**ORDER REGARDING SEALED EXHIBITS**<br><br>Courtroom: 3<br><br>Judge: Oliver W. Wanger |

     Based on HECTOR CASILLAS' request to seal exhibits that contained private mortgage loan information that were attached to the original Complaint and the First Amended Complaint, the Court hereby Orders the Exhibits sealed.

Dated:  October 27, 2010          /s/ OLIVER W. WANGER
                                            United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com