UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR CASILLAS,<br><br>           **Plaintiff,**<br><br>    **v.**<br><br>AURORA LOAN SERVICES, LLC, et al.<br><br>           **Defendants.** | 1:09-cv-1595-OWW-DLB<br><br>ORDER RE: PLAINTIFF'S UNOPPOSED MOTION TO AMEND (Doc. 47) |

    Plaintiff Hector Casillas ("Plaintiff") seeks leave to amend his complaint pursuant to Federal Rule of Civil Procedure 15(a)(2). (Doc. 47). Plaintiff seeks to amend in order to dispose of certain causes of action that are either moot or otherwise untenable, as well as to add additional parties. No opposition has been filed.

    Pursuant to Rule 15(a), "leave [to amend] is to be freely given when justice so requires." Fed. R. Civ. P. 15. "[L]eave to amend should be granted unless amendment would cause prejudice to the opposing party, is sought in bad faith, is futile, or creates undue delay." *Martinez v. Newport Beach*, 125 F.3d 777, 785 (9th Cir. 1997).

    The proposed amended complaint Plaintiff seeks to file will be the first amended complaint. There is no indication that the amendment is sought in bad faith, is futile, or will create undue

1

delay.  Good cause having been shown, Plaintiff's motion is GRANTED.

IT IS SO ORDERED.

**Dated:     January 25, 2011**            /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE