Karen L. Lynch, No. 161088
**Karen L. Lynch, Inc.**
A Professional Law Corporation
1204 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 478-4370
Facsimile: (559) 478-5073

Sara Hedgpeth-Harris, No. 124114
1204 W. Shaw Ave, Suite 102
Fresno California  93711
559/283-8780
559/478-5073 (fax)

Attorneys for Plaintiff, HECTOR CASILLAS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA- FRESNO

| | |
|---|---|
| HECTOR CASILLAS<br><br>Plaintiff,<br><br>vs.<br><br>STEPHANIE RUIZ; MILA dba MORTGAGE INVESTMENT LENDING ASSOCIATES, FAMILY LENDING CENTER, INC., EDUARDO RUIZ, HISPANICS REALTY, INC.; NORBERTO RUIZ, AND MORTGAGE EXPRESS<br><br>Defendants. | Case No. 1:09cv1595-OWW-DIB<br><br>**EX PARTE ORDER FOR SERVICE OF SUMMONS BY PUBLICATION OR THROUGH THE SECRETARY OF STATE** |

For good cause shown, it is ordered that the service of summons be made on respondent by publication in the Fresno Business Journal, a newspaper of general circulation in Fresno County, published in Fresno, California which is the newspaper

PDF created with pdfFactory trial version www.pdffactory.com

most likely to give notice to the defendants NORBERTO RUIZ and STEPHANIE RUIZ, and that the publication be made at least once a week for four consecutive weeks.

HISPANICS REALTY, INC., MILA dba MORTGAGE INVESTMENT LENDING ASSOCIATES, and MORTGAGE EXPRESS can be served through the Secretary of State.

DATE: May 6, 2011

/s/ OLIVER W. WANGER
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com