# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HECTOR CASILLAS, | ) | 1:09cv1595 --- DLB |
| | ) | |
| Plaintiff, | ) | ORDER REGARDING REQUEST TO SEAL EXHIBITS TO PROPOSED SECOND AMENDED COMPLAINT AND SECOND AMENDED COMPLAINT |
| v. | ) | (Document 83) |
| STEPHANIE RUIZ, et al., | ) | |
| Defendants. | ) | |

On December 15, 2011, Plaintiff Hector Casillas ("Plaintiff") filed a request to seal the exhibits to the *proposed* Second Amended Complaint, and if a motion for leave to amend is granted, then the exhibits to the Second Amended Complaint. Plaintiff explains that the exhibits relate to mortgage loan documents and contain private information, such as social security numbers and related private information. Plaintiff avers that redacting such information throughout the documents is burdensome, impractical and nonsensical. Plaintiff has not yet filed a motion for leave to amend the complaint.

Plaintiff's request to seal is GRANTED IN PART and DENIED IN PART AS PREMATURE. *See* Local Rule 141. The exhibits to the *proposed* Second Amended Complaint shall be filed under SEAL.

///

1     If the Court grants Plaintiff leave to amend, Plaintiff then may renew his request to seal
2 the exhibits to the Second Amended Complaint.

4     IT IS SO ORDERED.

5   **Dated:**  **December 16, 2011**          **/s/ Dennis L. Beck**
                                                      UNITED STATES MAGISTRATE JUDGE