1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

HECTOR CASILLAS,                      )   1:09cv1595 --- DLB
                                      )
                                      )
              Plaintiff,              )   ORDER GRANTING PLAINTIFF'S MOTION
                                      )   TO FILE SECOND AMENDED COMPLAINT,
     v.                               )   SEAL EXHIBITS TO SECOND AMENDED
                                      )   COMPLAINT, AND SERVE SECOND
STEPHANIE RUIZ, et al.,               )   AMENDED COMPLAINT THROUGH THE
                                      )   CALIFORNIA SECRETARY OF STATE
                                      )
                                      )   (Document 86)
                                      )
              Defendants.             )
                                      )
_____      )

      On December 20, 2011, Plaintiff Hector Casillas ("Plaintiff") filed an Ex Parte Motion for Leave to File a Second Amended Complaint. Plaintiff also seeks to seal the exhibits attached to the Second Amended Complaint and seeks permission from the Court to serve the Second Amended Complaint through the California Secretary of State.

      This action was removed from the Fresno County Superior Court on September 9, 2009. Only two Defendants have appeared in this action and they have since been dismissed. The remaining served Defendants did not file responsive pleadings and the Clerk has entered default against them.

      Pursuant to Rule 15(a), "leave [to amend] is to be freely given when justice so requires." Fed. R. Civ. P. 15. "[L]eave to amend should be granted unless amendment would cause prejudice to the opposing party, is sought in bad faith, is futile, or creates undue delay." Martinez v. Newport Beach, 125 F.3d 777, 785 (9th Cir. 1997).

1

Plaintiff seeks to file a Second Amended Complaint to properly identify Defendant Mortgage Express. Plaintiff had previously attempted service on Mortgage Express but was unsuccessful. Declaration of Karen L. Lynch ("Lynch Dec."), ¶¶ 7, 8. Defendant Mortgage Express is currently a forfeited corporation.

Plaintiff's counsel was informed by the California Secretary of State that in order for the Secretary to provide notice of this action, the name of Defendant Mortgage Express must be corrected to reflect the correct name of "Mortgage Express will do business in California as Mortgage Express Home Loans." Lynch Dec., ¶ 9.

In the interests of justice, the Court GRANTS Plaintiff's motion to file a Second Amended Complaint to reflect the correct name of Defendant Mortgage Express. Plaintiff's request to seal the exhibits to the Second Amended Complaint is also GRANTED.[1] Finally, Plaintiff has demonstrated that service of the Second Amended Complaint on Defendant "Mortgage Express will do business in California as Mortgage Express Home Loans" through the California Secretary of State is warranted and the request is GRANTED. Cal. Corp. Code § 1702(a).

IT IS SO ORDERED.

Dated: __January 3, 2012__          _____ /s/ **Dennis L. Beck**_____
                                      UNITED STATES MAGISTRATE JUDGE

---

[1] The exhibits relate to mortgage loan documents and contain private information, such as social security numbers and related private information. Plaintiff's request to file the exhibits to the *proposed* Second Amended Complaint was granted on December 16, 2011. Plaintiff also moved to seal the exhibits once the Second Amended Complaint was filed, but as a motion to amend was not pending at that time, the Court instructed Plaintiff to renew the request to seal after leave was granted.