**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR CASILLAS,               )<br>                                              )<br>                                              )<br>                   Plaintiff,        )<br>                                              )<br>        v.                                  )<br>                                              )<br>STEPHANIE RUIZ, et al.,       )<br>                                              )<br>                                              )<br>                   Defendants.   )<br>_____) | 1:09cv1595 --- DLB<br><br>ORDER REGARDING REQUEST TO SEAL EXHIBITS TO PROPOSED THIRD AMENDED COMPLAINT<br>(Document 93 ) |

     On February 17, 2012, Plaintiff Hector Casillas ("Plaintiff") submitted a request to seal the exhibits to the *proposed* Third Amended Complaint.  Plaintiff intends to file the exhibits in support of his motion for leave to file a third amended complaint.  Plaintiff explains that the exhibits relate to mortgage loan documents and contain private information, such as social security numbers and related private information.  Plaintiff avers that redacting such information throughout the documents is burdensome, impractical and nonsensical. Plaintiff has not yet filed his motion for leave to amend.

     Plaintiff's request to seal is GRANTED.  *See* Local Rule 141.  The exhibits to the *proposed* Third Amended Complaint shall be filed under SEAL.

     IT IS SO ORDERED.

   **Dated:**  **February 21, 2012**                  **/s/ Dennis L. Beck**
                                                                      UNITED STATES MAGISTRATE JUDGE