# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR CASILLAS, | ) 1:09cv1595 — DLB |
| | ) |
| Plaintiff, | ) ORDER TO SHOW CAUSE |
| | ) |
| v. | ) ORDER RE: MOTION TO STRIKE ANSWERS |
| | ) (Doc. 105) |
| STEPHANIE RUIZ, et al, | ) |
| | ) |
| Defendants. | ) |

## ORDER TO SHOW CAUSE

On September 14, 2011, this Court issued an Order of Reassignment due to the retirement of Senior United States District Court Judge Oliver W. Wanger. The Order withdrew Judge Wanger's assignment to the action and ordered the parties to affirmatively indicate whether they would consent or decline to the jurisdiction of the assigned United States Magistrate Judge. The parties were ordered to complete and file a Consent/Decline form within thirty (30) days.

Plaintiff did not file the required form within thirty (30) days. Defendants Stephanie Guinaugh (sued as Stephanie Ruiz), Norberto Ruiz and Family Lending Center, Inc. filed an answer on February 21, 2012. Defendants also have not filed the required form.

Accordingly, the parties are ORDERED TO SHOW CAUSE, if any they have, why sanctions should not be imposed for failing to comply with the Court's September 14, 2011, Order. The parties SHALL file a written response to this Order to Show Cause within **fourteen (14) days** of the date of service of this Order. Alternatively, the parties may comply with this

Order to Show Cause by filing the required Consent/Decline form within **fourteen (14) days** of the date of service of this Order.

**ORDER RE: MOTION TO STRIKE ANSWERS**

On March 12, 2012, Plaintiff filed a motion to strike the answers of Defendants Stephanie Ruiz, Norberto Ruiz and Family Lending Center, Inc.[1] Doc. 105. Plaintiff scheduled the motion for hearing on April 20, 2012, before the undersigned Magistrate Judge.

Given the parties' failure to file the required Consent/Decline form, the Court HEREBY REMOVES the hearing from its calendar. Once the parties have submitted the required form, Plaintiff may re-notice the motion for hearing before the appropriate United States District Court Judge or United States Magistrate Judge.

IT IS SO ORDERED.

**Dated: April 18, 2012** /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

[1]Plaintiff also moves to strike the answer of Eduardo Ruiz. Defendant Eduardo Ruiz has not filed an answer in this action.