# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR CASILLAS, ) | 1:09cv1595 — DLB |
| ) | |
| Plaintiff, ) | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. ) | (Doc. 111) |
| STEPHANIE RUIZ, et al, ) | |
| Defendants. ) | |

On April 18, 2012, the Court ordered the parties to show cause why sanctions should not imposed for failing to file a Consent/Decline form in accordance with the Court's September 14, 2011, Order.

On April 18, 2012, Defendants Stephanie Ruiz, Norberto Ruiz and Family Lending Center, Inc. filed their consent to jurisdiction of United States Magistrate Judge. Doc. 112. Plaintiff Hector Casillas filed his consent to jurisdiction of United States Magistrate Judge on April 19, 2012. Doc. 113. There are no other parties appearing in this action.

As the parties appearing in this action filed their Consent/Decline forms, the Order to Show Cause is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **May 9, 2012**             /s/ **Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE